IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE: JORGE C. ZAMORA-QUEZADA, M.D.,   §   CASE NO. 16-70270
M.P.H., P.A. dba Multi Specialty Clinic,
dba McAllen Arthritis and Osteoporosis
Center, Dba Angeles Multi Specialty Clinic
                DEBTOR

## NOTICE AND CERTIFICATE OF SERVICE

This is notification that a hearing has been set by for December 28, 2016 at 9:00 a.m. on at the Bankruptcy Court in McAllen, Texas on Motion to Compel Compliance with Previous Order (#102) and Motion for Order Compelling Turnover (#103).

I do hereby certify that a true and correct copy of the above and foregoing legal document was mailed this 12th day of December, 2016 by electronic mailing and/or by regular U.S. mail, to the persons listed on the Motion.

        Respectfully submitted:
        Law Office of Michael B. Schmidt


        By:/S/MICHAEL B. SCHMIDT
          Michael B. Schmidt
          401 Grant Pl
          Corpus Christi, Texas 78411
          Office: 361/884-9949  Fax:   361/884-6000
          TBN: 17775200
          ATTORNEY FOR TRUSTEE