B255 (Form 255 – Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case or Adversary Proceeding) (12/13)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN District of TEXAS (McAllen Division)

In re: Jorge C. Zamora-Quezada, M.D., M.D.H., P.A.
Debtor

Case No. 16-70270

Chapter 7

*(Complete if issued in an adversary proceeding)*

_____
Plaintiff

v.

_____
Defendant

Adv. Proc. No. _____

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: JAMES P. GRISSOM
*(Name of person to whom the subpoena is directed)*

[X] **YOU ARE COMMANDED** to appear in the United States Bankruptcy Court at the time, date, and place set forth below to testify at a hearing or trial in this bankruptcy case (or adversary proceeding). When you arrive, you must remain at the court until the judge or a court official allows you to leave.

| PLACE | COURTROOM: 10th Floor Courtroom |
|---|---|
| United States Courthouse<br>1701 W. Business Hwy 83<br>McAllen, TX 78501 | DATE AND TIME: January 30, 2017 at 10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

_____

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 1/12/2017

CLERK OF COURT

OR

_____          _____
Signature of Clerk or Deputy Clerk              *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* Jorge C. Zamora-Quezada, M.D., M.D.H., P.A., who issues or requests this subpoena, are:

Nathaniel Peter Holzer, Jordan, Hyden, Womble, Culbreth & Holzer PC, 500 N. Shoreline, #900, Corpus Christi, TX 78401; 361.884.5678; pholzer@jhwclw.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

B255 (Form 255 – Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for (name of individual and title, if any): James P. Grissom
on (date) 1-13-17.

☑ I served the subpoena by delivering a copy to the named person as follows: James P. Grisson in person at 2723 Rhett Drive in Pharr Hidalgo County Texas on (date) Jan. 16, 2017; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true and correct.

Date: 1-16-2017

_____
Server's signature

Oscar Ortega Process Server #3155
Printed name and title

P.O. Box 6752 McAllen, TX 78502
Server's address

Additional information concerning attempted service, etc.: