IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE:
JORGE C. ZAMORA-QUEZADA, M.D., § CASE NO. 16-70270
M.P.H., P.A.
dba Multi Specialty Clinic,
dba McAllen Arthritis and Osteoporosis
Center,
Dba Angeles Multi Specialty Clinic
      DEBTOR

**TRUSTEE'S MOTION FOR ENTRY OF ORDER COMPELLING
TURN OVER AND PRODUCTION OF RECORDED INFORMATION TO HIM**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING. REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**THERE WILL BE A HEARING ON THIS MOTION ON _____ AT _____ O'CLOCK IN COURTROOM _____.**

  Michael B. Schmidt, Chapter 7 Bankruptcy Trustee ("Trustee") moves this Court for an Order Compelling Ryan James and his Law firm, Farneth, Tomosovich, LLC, (collectively "James") of 437 Grant St., Ste. 1000, Pittsburg, PA 15219 and Hannah L. Crews, ("Crews") of 39801 St. Rt. 39, Wellsville, OH 43968 to Turn Over and Produce to the Trustee all Recorded Information (including electronic information), which includes books, documents, records and papers relating to representation and/or professional services provided to Debtor pursuant to 11 U.S.C. §542(e) as follows:

  1. 11 U.S.C. §542(e) provides after notice and hearing this Court may order an attorney to turnover and disclose to the Trustee  recorded information, including books, documents, records and papers, relating to Debtor's property or financial affairs.

2. James and Crews were attorneys (and purport to still act) for Debtor concerning litigation in the Court of Common Pleas of Summit County, Ohio under Civil Action CV 2011 03 1669, styled *Hitachi Medical Systems of America, Inc. Plaintiff v. JCZQ Family LP and Debtor*, and appeals therefrom. Consequently, the Trustee is seeking turnover and delivery to him of all Recorded Information, including any and all books, memorandums, pleadings, payments, position papers, mediation statements, electronic information, communications, faxes, emails, or any other documents, records and papers (including expert reports) relating to Debtor (the "Recorded Information"). Debtor's attorney client privilege is controlled by the bankruptcy trustee. *Commodity Futures Trading Commission v. Weintraub,* 105 S. Ct. 1986 (1985).

3. Pursuant to 11 U.S.C. §542(e), and under *Weintraub*, the Trustee is entitled to turnover and production of all of such Recorded Information and requests the Court enter an Order compelling such turnover

WEHREFORE the Trustee pray that this Court grant his Motion for and for any additional relief to which he is entitled.

Respectfully submitted:

Law Offices of Michael B. Schmidt

By:   /S/MICHAEL B. SCHMIDT
Michael B. Schmidt
401 Grant Pl.
CORPUS CHRISTI, TX 78411
E-mail: m_schmid@swbell.net
Phone: (361) 884-9949  Fax: (361) 884-6000
TBN: 17775200 Fed. ID No. 10260
ATTORNEY FOR TRUSTEE

CERTIFICATE OF SERVICE

I do hereby certify that on the 24th day of January, 2017, I served a copy of the forgoing Motion by electronic mail or by regular mail (and email where indicated) to the persons on the attached list and those listed below.

Ryan James and his Law firm, Farneth, Tomosovich, LLC, 437 Grant St., Ste. 1000, Pittsburg, PA 15219, email to rxj@farnethtomosovich.com

Hannah L. Crews, 39801 St. Rt. 39, Wellsville, OH 43968, email to hcrewsatty@gmail.com

/S/MICHAEL B. SCHMIDT
Michael B. Schmidt

| | | |
|---|---|---|
| Hitachi Medical Systems America, Inc.<br>c/o Morgan, Lewis & Bockius LLP<br>1000 Louisiana Street, Suite 4000<br>Houston, TX 77002-5048 | Jorge C. Zamora-Quezada, M.D., M.P.H., P.A.<br>2601 Cornerstone Blvd.<br>Edinburg, TX 78539-8479 | |
| AT&T<br>P.O. Box 105414<br>Atlanta GA, 30348-5414 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | |
| Ashford Oaks Properties, Ltd<br>8122 Datapoint Drive Ste 820<br>San Antonio, TX 78229-3426 | Bio Rad Laboratories<br>Clinical Diagnostics Division<br>Dept. 9740<br>Los Angeles, CA 90084-9740 | Bio-Ops LLC<br>P.O. Box 1985<br>Edinburg, TX 78540-1985 |
| Champs Pharmacy<br>7718 Louis Pasteur Dr.<br>San Antonio, TX 78229-3402 | City of McAllen, et al<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | Cornerstone Owners Associaton<br>2111 Jackson creek Ave.<br>Edinburg, TX 78539-1726 |
| Culligan Water<br>P.O. Box 1029<br>San Benito, TX 78586-0010 | DiaSorin<br>P.O. Box 285<br>Stillwater, MN 55082-0285 | Eco Air<br>211 Lilly Dr.<br>San Juan, TX 78589-4939 |
| Ejet 500 Pilot Training and Services, LL<br>6901 Wildwood Lane NE<br>Albuquerque, NM 87111-1081 | Elite Cleaning Services<br>5810 Ave. A<br>Mission, TX 78574-4131 | Fidia Pharma USA Inc.<br>P.O. Box 10341<br>Uniondale, NY 11555-0341 |
| Gregory R. Glick LLC<br>Attorney at Law<br>147 Bell St. Ste. 302<br>Chagrin Falls, Ohio 44022-2947 | HITACHI Medical Systems America, Inc<br>Care of (Paul R. Wilson Law Firm, PC)<br>323 W. Cano, Ste. 200<br>Edinburg, TX 78539-4592 | Harold Pollock Co, LPA<br>5900 Harper Road Ste. 107<br>Solon, Ohio 44139-1866 |
| Inova Diagnostics, Inc.<br>P.O. Box 83358<br>Woburn, MA 01813-3358 | Jackson Kelly PLLC<br>Attorney's at Law<br>P.O. Box 11276<br>Charleston, West Virginia 25339-1276 | |
| Laboratory Advisory Bureau<br>2721 Foundation Plaza Blvd Ste. D<br>Edinburg, TX 78539-8016 | Labservices, Inc<br>2031 E. Griffin Pkwy<br>Mission, TX 78572-3222 | McKesson Information Solutions<br>P.O. Box 98347<br>Chicago, IL 60693-8347 |
| McKesson Medical Surical<br>P.O. Box 371269<br>Pittsburgh, PA 15250-7269 | McKesson Speciality Dist<br>P.O. Box 841838<br>Dallas, TX 75284-1838 | Orbit Medical Technologies<br>16151 Clinton St.<br>Harvey, IL 60426-5908 |

```
Orkin Exterminating              Physician Sales & Service Inc.    Q&I/ Nextgen
222 Hanmore Blvd                 P.O. Box 846260                   18111 Von Karman Ave Ste. 700
Harlingen, TX 78550-7677         Dallas, TX 7852-6260              Irvine, CA 92612-7110


Reliant                          Salinas, Allen, Schmitt           Secure Document Shredding
P.O. Box 650475                  314 Nolana                        1212 28th Ave.
Dallas, TX 75265-0475            McAllen, TX 78504-2528            Edinburg, TX 78542-7207


Shred It                         Siemens Financial Services        Siemens Healthcare Diagnostics
DBA Shred-It San Antonio         P.O. Box 2083                     Dept. 121102
7007 Fairgrounds Pkwy, Ste 101   Carol Stream, IL 60132-2083       1501 N. Plano Rd.
San Antonio, TX 78238-4512                                         Richarson, TX 75081-2492


Superoir Alarms                  (p)C O AMERICAN INFOSOURCE LP     Texas Decon LLc
P.O. Box Drawer 3097             4515 N SANTA FE AVE               211 Lucinda Drive
Mcallen,  78502-3097             OKLAHOMA CITY OK 73118-7901       New Braunfels, TX 78130-4591


The Carrington Company           Thera-Test Laboratories           Time Warner Cable
San Antonio Med. Building        1111 N. Main Street               P.O. Box 60074
P.O. Box 1328                    Lombard, IL 60148-1360            City Of Industry CA 91716-0074
Erueka, CA 95502-1328


US Trustee                       Wells Fargo Financial Leasing     YP Advertising, L.P. F/K/A
606 N Carancahua                 P.O. Box 6434                     C/O Kyle E. Neill
Corpus Christi, TX 78401-0680    Carol Stream, IL 60197-6434       Aty for YP Advertising
                                                                   11550 W. IH-10 STE. 287
                                                                   San Antonio, TX 78230-1063


elab
610 Airport Rd.
Suite 200
Huntsville, AL 35802-4304
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE:
JORGE C. ZAMORA-QUEZADA, M.D.,   §   CASE NO. 16-70270
M.P.H., P.A.
dba Multi Specialty Clinic,
dba McAllen Arthritis and Osteoporosis
Center,
Dba Angeles Multi Specialty Clinic
              DEBTOR

## ORDER COMPELLING TURNOVER OF RECORDED INFORMATION

      Before the Court for Consideration is the Trustee's Motion for Entry of Order Compelling Turnover and Production to him of all Recorded Information, including books, documents, records and papers (electronic or otherwise) relating to Debtor's property or financial affairs, pursuant to 11 U.S.C. §542(e) and *Commodity Futures Trading Commission v. Weintraub,* 105 S. Ct. 1986 (1985).  The Court having considered the Motion, the evidence and the agreement of the parties finds the Motion to be well taken and in the best interest of the estate and its creditors and that it should be GRANTED.

      Therefore, it is ORDERED and DIRECTED Ryan James and his Law firm, Farneth, Tomosovich, LLC,  and Hannah L. Crews,  shall immediately turned over and deliver to Trustee, Michael B. Schmidt at 401 Grant Pl., Corpus Christi, Texas 78411, all Recorded Information in their possession and/or control.  This Recorded Information, includes all  books, documents, records and papers (electronic or otherwise) relating to Debtors' property or financial affairs, specifically including any and all books, memorandums, pleadings, payments, position papers, mediation statements, electronic information, communications, faxes, emails, or any other documents, records and papers relating to Debtor's property, liabilities or financial affairs (the "Recorded Information").  This Recorded Information specifically includes, but is not limited to, all matters pertaining to, related to, or arising in the litigation in the Court of Common Pleas of Summit County, Ohio under Civil Action CV 2011 03 1669, styled *Hitachi Medical Systems of America, Inc. Plaintiff v. JCZQ Family LP and Debtor*, and any appeals therefrom.

      IT IS SO ORDERED.

3