IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE:
JORGE C. ZAMORA-QUEZADA, M.D.,   §   CASE NO. 16-70270
M.P.H., P.A.
dba Multi Specialty Clinic,
dba McAllen Arthritis and Osteoporosis
Center,
Dba Angeles Multi Specialty Clinic
                DEBTOR

# MOTION FOR COMPLIANCE BY ATTORNEY WITH 11 U.S.C. § 329

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY, YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU.  YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING.  UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

      Michael B. Schmidt, Trustee ('Trustee") in the above referenced and numbered Bankruptcy Case, hereby moves this Court as follows:

      1.    The Trustee moves this Court to direct attorney Nathaniel Peter Holzer and his Firm Jordan, Hyden, Womble, Culbreth & Holzer (collectively "Holzer"), Ryan James and his Law firm, Farneth, Tomosovich, LLC, (collectively "James") and Hannah L. Crews, ("Crews"), who have  represented the Debtor in connection with this case to comply with 11 U.S.C. § 329 by filing with the Court a statement of the compensation paid or agreed to be paid to them and the source of such compensation. Each attorney should be ordered to produce copies of any and all receipts, checks, money orders or other forms of written payment to them or their offices by this Debtor, and/or someone making payment for, on behalf of, or for the benefit of such Debtor.

      WHEREFORE, Trustee prays that this Court order Holzer, James and Crews to comply

with 11 U.S.C. § 329 by filing with the Court a statement of the compensation paid or agreed to be paid to each and the source of such compensation, including copies of any and all receipts, checks, money orders or other forms of written payment to them or their offices by these Debtor, and/or someone making payment for, on behalf of, or for the benefit of such Debtor.  The Trustee prays for such other and further relief as Trustee may show himself to be entitled.

        Respectfully submitted:
        Law Offices of Michael B. Schmidt


        By: /S/MICHAEL B. SCHMIDT
        Michael B. Schmidt
        SBN 177752000, FBN 10260
        401 Grant Pl.
        Corpus Christi, Texas 78411
        Office: 361.884.9949
        Fax:   361.884.6000
        ATTORNEY FOR TRUSTEE

## **CERTIFICATE OF SERVICE**

I do hereby certify that on the 24th day of January, 2017, I served a copy of the forgoing Motion by electronic mail or by regular mail (and email where indicated) to the persons on the attached list and those listed below.

Ryan James and his Law firm, Farneth, Tomosovich, LLC, 437 Grant St., Ste. 1000, Pittsburg, PA 15219, email to rxj@farnethtomosovich.com

Hannah L. Crews, 39801 St. Rt. 39, Wellsville, OH 43968, email to hcrewsatty@gmail.com


        /S/MICHAEL B. SCHMIDT
        Michael B. Schmidt

| | | |
|---|---|---|
| Hitachi Medical Systems America, Inc.<br>c/o Morgan, Lewis & Bockius LLP<br>1000 Louisiana Street, Suite 4000<br>Houston, TX 77002-5048 | Jorge C. Zamora-Quezada, M.D., M.P.H., P.A.<br>2601 Cornerstone Blvd.<br>Edinburg, TX 78539-8479 | |
| AT&T<br>P.O. Box 105414<br>Atlanta GA, 30348-5414 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | |
| Ashford Oaks Properties, Ltd<br>8122 Datapoint Drive Ste 820<br>San Antonio, TX 78229-3426 | Bio Rad Laboratories<br>Clinical Diagnostics Division<br>Dept. 9740<br>Los Angeles, CA 90084-9740 | Bio-Ops LLC<br>P.O. Box 1985<br>Edinburg, TX 78540-1985 |
| Champs Pharmacy<br>7718 Louis Pasteur Dr.<br>San Antonio, TX 78229-3402 | City of McAllen, et al<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | Cornerstone Owners Associaton<br>2111 Jackson creek Ave.<br>Edinburg, TX 78539-1726 |
| Culligan Water<br>P.O. Box 1029<br>San Benito, TX 78586-0010 | DiaSorin<br>P.O. Box 285<br>Stillwater, MN 55082-0285 | Eco Air<br>211 Lilly Dr.<br>San Juan, TX 78589-4939 |
| Ejet 500 Pilot Training and Services, LL<br>6901 Wildwood Lane NE<br>Albuquerque, NM 87111-1081 | Elite Cleaning Services<br>5810 Ave. A<br>Mission, TX 78574-4131 | Fidia Pharma USA Inc.<br>P.O. Box 10341<br>Uniondale, NY 11555-0341 |
| Gregory R. Glick LLC<br>Attorney at Law<br>147 Bell St. Ste. 302<br>Chagrin Falls, Ohio 44022-2947 | HITACHI Medical Systems America, Inc<br>Care of (Paul R. Wilson Law Firm, PC)<br>323 W. Cano, Ste. 200<br>Edinburg, TX 78539-4592 | Harold Pollock Co, LPA<br>5900 Harper Road Ste. 107<br>Solon, Ohio 44139-1866 |
| Inova Diagnostics, Inc.<br>P.O. Box 83358<br>Woburn, MA 01813-3358 | Jackson Kelly PLLC<br>Attorney's at Law<br>P.O. Box 11276<br>Charleston, West Virginia 25339-1276 | |
| Laboratory Advisory Bureau<br>2721 Foundation Plaza Blvd Ste. D<br>Edinburg, TX 78539-8016 | Labservices, Inc<br>2031 E. Griffin Pkwy<br>Mission, TX 78572-3222 | McKesson Information Solutions<br>P.O. Box 98347<br>Chicago, IL 60693-8347 |
| McKesson Medical Surical<br>P.O. Box 371269<br>Pittsburgh, PA 15250-7269 | McKesson Speciality Dist<br>P.O. Box 841838<br>Dallas, TX 75284-1838 | Orbit Medical Technologies<br>16151 Clinton St.<br>Harvey, IL 60426-5908 |

```
Orkin Exterminating              Physician Sales & Service Inc.    Q&I/ Nextgen
222 Hanmore Blvd                 P.O. Box 846260                   18111 Von Karman Ave Ste. 700
Harlingen, TX 78550-7677         Dallas, TX 7852-6260              Irvine, CA 92612-7110


Reliant                          Salinas, Allen, Schmitt           Secure Document Shredding
P.O. Box 650475                  314 Nolana                        1212 28th Ave.
Dallas, TX 75265-0475            McAllen, TX 78504-2528            Edinburg, TX 78542-7207


Shred It                         Siemens Financial Services        Siemens Healthcare Diagnostics
DBA Shred-It San Antonio         P.O. Box 2083                     Dept. 121102
7007 Fairgrounds Pkwy, Ste 101   Carol Stream, IL 60132-2083       1501 N. Plano Rd.
San Antonio, TX 78238-4512                                         Richarson, TX 75081-2492


Superoir Alarms                  (p)C O AMERICAN INFOSOURCE LP     Texas Decon LLc
P.O. Box Drawer 3097             4515 N SANTA FE AVE               211 Lucinda Drive
Mcallen,  78502-3097             OKLAHOMA CITY OK 73118-7901       New Braunfels, TX 78130-4591


The Carrington Company           Thera-Test Laboratories           Time Warner Cable
San Antonio Med. Building        1111 N. Main Street               P.O. Box 60074
P.O. Box 1328                    Lombard, IL 60148-1360            City Of Industry CA 91716-0074
Erueka, CA 95502-1328


US Trustee                       Wells Fargo Financial Leasing     YP Advertising, L.P. F/K/A
606 N Carancahua                 P.O. Box 6434                     C/O Kyle E. Neill
Corpus Christi, TX 78401-0680    Carol Stream, IL 60197-6434       Aty for YP Advertising
                                                                   11550 W. IH-10 STE. 287
                                                                   San Antonio, TX 78230-1063


elab
610 Airport Rd.
Suite 200
Huntsville, AL 35802-4304
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE:
JORGE C. ZAMORA-QUEZADA, M.D.,   §   CASE NO. 16-70270
M.P.H., P.A.
dba Multi Specialty Clinic,
dba McAllen Arthritis and Osteoporosis
Center,
Dba Angeles Multi Specialty Clinic
     DEBTOR

## ORDER DIRECTING COMPLIANCE WITH 11 U.S.C. § 329

  Nathaniel Peter Holzer and his Firm Jordan, Hyden, Womble, Culbreth & Holzer, Ryan James and his Law firm, Farneth, Tomosovich, LLC, and Hannah L. Crews are hereby ORDERED to comply with 11 U.S.C. § 329 by filing with the Court a statement of the compensation paid or agreed to be paid to each of them and the source of such compensation. Counsel are further ORDERED and DIRECTED to file with this statement copies of any and all receipts, checks, money orders or other forms of written payment to them or their offices by this Debtor, and/or someone making payment for, on behalf of, or for the benefit of such Debtor.

IT IS SO ORDERED.