IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

ENTERED
02/20/2019

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| JORGE C. ZAMORA-QUEZADA, M.D., M.P.H., § | | BANKRUPTCY NO. 16-70270-EVR |
| P.A., § | | |
| DBA MULTI SPECIALTY CLINIC, § | | |
| DBA MCALLEN ARTHRITIS AND § | | |
| OSTEOPOROSIS CENTER, § | | |
| DBA ANGELES MULTI SPECIALTY CLINIC, § | | |
| § | | CHAPTER 7 CASE |
| DEBTOR. § | | |

| | | |
|---|---|---|
| CATHERINE S. CURTIS, CHAPTER 7 TRUSTEE, § | | |
| § | | |
|    PLAINTIFF, § | | |
| § | | |
| VS. § | | ADVERSARY NO. 18-07028 |
| § | | |
| THE NEIMAN MARCUS GROUP, LLC, § | | |
| § | | |
|    DEFENDANT. § | | |

___

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT UNDER BANKRUPTCY RULE 9019**

___

CAME ON FOR CONSIDERATION the *Chapter 7 Trustee's Motion to Approve Compromise and Settlement under Bankruptcy Rule 9019* filed by Catherine S. Curtis, the Chapter 7 Trustee, by and through her counsel Pulman, Cappuccio & Pullen, LLP (the "**Motion**").[1] The Court, having considered the Motion, any response thereto, the record, and agreement of counsel, finds as follows:

1. This Court has jurisdiction over the Motion pursuant to 28 U.S.C. § 1334.

---

[1] Capitalized terms unless otherwise defined herein shall have the same meaning as ascribed to them in the Motion.

{00394980}          1

2. Venue is appropriate in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. This is a core matter pursuant to 28 U.S.C. § 157(b).

4. Proper notice has been given and the Motion is timely, has merit, and is well taken.

Therefore, it is **ORDERED** that the Motion is **APPROVED** and Trustee and Defendant are hereby authorized to take any and all actions necessary to consummate the Settlement Agreement and conclude the transactions proposed in the Motion.

**IT IS FURTHER ORDERED** that that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Signed: February 20, 2019

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge

**SUBMITTED BY:**

Thomas Rice
Texas State Bar No. 24025613
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas  78213
(210) 222-9494 Telephone
(210) 892-1610 Facsimile
Trice@pulmanlaw.com