**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | **Case No. 16-70270-EVR** |
| **Jorge C Zamora-Quezada M.D.,** | § | |
| **M.P.H., P.A.,** | § | |
| | § | |
| **Debtor(s)** | § | **Chapter 7** |
| | § | |
| | § | **DEPOSIT OF** |
| | § | **UNCLAIMED DIVIDENDS** |

The undersigned trustee reports:

_____ The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is (are) in an amount less than the amount specified in Bankruptcy Rule 3010.

__X__ Ninety (90) days have passed since the final distribution and the dividend(s) payable to the creditor(s) listed on Exhibit "A" have not been cashed.

Therefore, pursuant to Bankruptcy Rule 3010 or 3011, as applicable and 11 USC 347(a), the undersigned trustee remits herewith his/her check(s) in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 USC 2041, et seq).

Dated: <u>May 18, 2026</u>              Respectfully submitted,

/S/CATHERINE STONE CURTIS
Catherine Stone Curtis
McGINNIS LOCHRIDGE
P.O. Box 720788
McAllen, TX 78504
Ph: (956) 489-5958
Fax: (956) 331-2304
Email: ccurtis@mcginnislaw.com
***Chapter 7 Trustee***

**EXHIBIT "A"**

PLEASE CHECK ONE:

_____    Small Dividends

_X__    Unclaimed Dividends

The Carrington Company                                    $1,325.53
627 H Street
Eureka, CA  95501

**TOTAL DEPOSIT INTO COURT**                             **$1,325.53**
**REGISTRY:**